--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 May 28, 2015
 

In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 28[th] day of May, 2015.

10-15-00130-CV ANGELA ALLEN AS THE INDEPENDENT ADMINISTRATOR OF THE ESTATE OF TRICIA L. APPLETON, DECEASED, DAVID N. APPLETON, JR., D.A., A.A., G.L.A., S.A., B.A., CHILDREN AND INTERVENOR, PACIFIC EMPLOYERS INS. CO. v. TAYLOR TRUCKING SAND & GRAVEL, BRYAN C. TAYLOR, MACK TRUCKS, INC., AND FIREMAN'S FUND COUNTY MUTUAL - ON APPEAL FROM THE 413[TH] DISTRICT COURT OF JOHNSON COUNTY - TRIAL COURT NO. C2002-00328 - DISMISSED - Memorandum Opinion by Justice Scoggins:

"This cause came on to be heard on the motion of appellants to dismiss appeal, and the same being considered, because it is the opinion of the Court said motion should be granted; it is therefore ordered, adjudged and decreed that said motion be, and hereby is, granted. It is further ordered, adjudged and decreed that the appeal be, and hereby is, dismissed. It is further ordered that appellants pay all costs in this behalf expended and that this decision be certified below for observance."